IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**DAEJUAN HARRISON**

    **Plaintiff,**

v.   No. 1:24-cv-01268-STA-cgc

**COMMISSIONER OF
SOCIAL SECURITY,**

    **Defendant.**

---

**ORDER GRANTING MOTION FOR SENTENCE FOUR REMAND**

---

The Commissioner of Social Security has moved the Court to reverse the decision of the Administrative Law Judge (ALJ) and remand this action to the Commissioner pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g). (ECF No. 9.)   Plaintiff has not responded to the motion. For good cause shown, the motion is **GRANTED**.

Remand will expedite administrative review, ensure that the Commissioner has the opportunity to fully consider Plaintiff's claim, and may ultimately make judicial review unnecessary. Remand by this Court is appropriate under 42 U.S.C. § 405(g), which provides:

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

*See also Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Newkirk v. Shalala*, 25 F.3d 316, 318 (6th Cir. 1994).

For the foregoing reasons, and pursuant to the Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292 (1993), the Court hereby enters judgment pursuant to Rule 58 of the Federal

Rules of Civil Procedure reversing the decision of the ALJ and remanding this case to the Commissioner under sentence four of 42 U.S.C. § 405(g).   The Clerk of the Court is **DIRECTED** to enter judgment accordingly.

    IT IS SO ORDERED

                              s/ S. Thomas Anderson
                              S. Thomas Anderson
                              UNITED STATES DISTRICT JUDGE

                              Date: April 1, 2025